```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :   UNSEALING ORDER
                                   :
         - v. -                    :   S4 23 Cr. 241
                                   :
JOSE FRANCISCO ARREOLA ZAPATA,     :
                                   :
                    Defendant.     :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Jane Y. Chong, Matthew J. King, and Matthew R. Shahabian;

It is found that the Superseding Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED

Dated: New York, New York
       June 28, 2023

_____
HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE