

U.S. De...

United S...
Southern...

The Silvio J...
One Saint A...
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/19/2023

July 19, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *United States v. Jose Francisco Arreola Zapata*, **S4 23 Cr. 241 (AT)**

Dear Judge Torres:

The Government writes this letter to request the exclusion of time between today and the initial conference date of September 5, 2023, which is scheduled in the above captioned matter.

The Government requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The exclusion of time will allow the Government to prepare discovery, to allow defense counsel to meet with her client, and to permit the parties to engage in initial discussion about any possible pretrial resolution to the charges. The defense consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/_____

GRANTED.  It is ordered that time until September 5, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the Government to prepare discovery, to allow defense counsel to meet with her client, and to permit the parties to engage in initial discussion about any possible pretrial resolution to the charges.

SO ORDERED.

Dated: July 19, 2023
       New York, New York

ANALISA TORRES
United States District Judge