USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/19/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------

UNITED STATES OF AMERICA

       -against-

HUAI WENG

             Defendant.
-------------------------------------------------------

Travel Order
22 Cr. 125(AT)

     PURSUANT to 18 U.S.C. section 4285 the U.S. Marshals Service for

the Southern District of New York shall obtain a one-way airline ticket for

the transportation of the defendant Huai Weng from San Antonio, Texas to

New York City on July 20, 2023 or July 21, 2023 in order to surrender to the

U.S. Marshals on July 21, 2023. It is preferable that the flight take place on

July 20th.

SO ORDERED.  This order amends and
supersedes the Court's July 18, 2023 order at
ECF No. 80.

Dated: July 19, 2023
      New York, New York

_____
**ANALISA TORRES**
United States District Judge