USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/16/2023__

**LAW OFFICES OF SUSAN G. K**
25 EIGHTH AVENUE • BROOKLYN, NEW
(718)783-8200 • FAX (718)783-8226 • SGK@KELL
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 16, 2023

**BY ECF and Email**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Jose Zapata*, 23 Cr. 214 (AT)

Your Honor:

      I write to thank your Honor for granting my motion with regard to the appointment of attorney Jacqueline Cistaro, as associate counsel in this matter.

      Additionally, I write to respectfully request that your Honor permit Ms. Cistaro to appear at our first scheduled conference before the Court on September 5, 2023, as I will be engaged before the Hon. Carol B. Amon, in a pretrial conference regarding the trial of *U.S. v. Antony Abreu, et al*, (22 Cr. 208), which is scheduled to begin on Monday, September 11, 2023, and continue for 4-6 weeks.

      The Court's consideration of counsel's conflict is greatly appreciated.

                        Respectfully submitted,

                        *Susan G. Kellman*

**GRANTED.**

**SO ORDERED.**

Dated: August 16, 2023
       New York, New York

                            ANALISA TORRES
                         United States District Judge