```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE FRANCISCO ARREOLA ZAPATA
and YAMIL TAFOYA RAMIREZ,

                Defendants.

23 Cr. 241 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for October 24, 2023, is RESCHEDULED to **October 17, 2023**, at **11:20 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: September 5, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge