UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JOSE FRANCISCO ARREOLA ZAPATA, and
YAMIL TAFOTA RAMIREZ,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___10/11/2023___

23 Cr. 241-3 (AT)
23 Cr. 241-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for October 17, 2023, is ADJOURNED to **December 19, 2023**, at **10:00 a.m.**

      It is further ordered that time until December 19, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for Defendant to review discovery and file any pretrial motions.

      SO ORDERED.

Dated: October 11, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge