UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE FRANCISCO ARREOLA ZAPATA
and YAMIL TAFOTA RAMIREZ,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2024
```

23 Cr. 241-3 (AT)
23 Cr. 241-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for February 27, 2024, is ADJOURNED to **March 12, 2024**, at **10:00 a.m.**

It is further ordered that time until March 12, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in light of the discussions regarding potential pretrial dispositions.

SO ORDERED.

Dated: February 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge