UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07/16/2024
```

UNITED STATES OF AMERICA,

      -against-

23 Cr. 241-3 (AT)

Jose Francisco Arreola Zapata,

**ORDER**

              Defendant.

ANALISA TORRES, District Judge:

WHEREAS, with the Defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Gabriel W. Gorenstein on July 12, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Sentencing in this matter will be held on **November 12, 2024**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl St, New York, NY 10007.  By **October 29, 2024**, Defendant shall file his sentencing submission.  By **November 5, 2024**, the Government shall submit its sentencing submission.

SO ORDERED.

Dated: July 16, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge