```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

Jose Francisco Arreola Zapata,

Defendant.

23 Cr. 241-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for November 12, 2024, is ADJOURNED to **January 27, 2025**, at **3:00 p.m.** By **January 13, 2025**, Defendant shall file his sentencing submission. By **January 20, 2025**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: October 31, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge