```
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

Jose Francisco Arreola Zapata,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/1/2024_____

23 Cr. 241-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for January 27, 2025, is ADJOURNED to **February 3, 2025**, at **2:00 p.m.** By **January 20, 2025**, Defendant shall file his sentencing submission. By **January 27, 2025**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: November 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge